```
01 | Dennis Everett Lacy    F-64225
   | Mule Creek State Prison
02 | 4001 Highway 104
   | P.O. Box 409000    M1A-04up
03 | Ione, California  95640
   |           IN PRO SE
04 |
```

FILING FEE PAID  Yes ___ No ✓
IFP MOTION FILED  Yes ✓ No ___
COPIES SENT TO  Court ✓  Pro Se ___

**FILED**
JUN 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE DISTRICT COURT OF THE UNITED STATES

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

DENNIS EVERETT LACY,
   PLAINTIFF / PETITIONER / MOVANT,

vs

PEOPLE OF THE STATE OF CALIFORNIA,
   DEFENDANT / RESPONDENT,
JAMES TILTON,
   SECRETARY OF CORRECTIONS,
CALIFORNIA DEPARTMENT OF
   CORRECTIONS & REHABILITATION,
THE ATTORNEY GENERAL OF THE
STATE OF CALIFORNIA,
   RESPONDENT,

CIVIL NUMBER: '08 CV 1083 W BLM
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

MOTION AND DECLARATION UNDER
PENALTY OF PERJURY IN SUPPORT
OF MOTION TO PROCEED
IN FORMA PAUPERIS

   I, DENNIS EVERETT LACY, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. §1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

   In further support of this application, I declare the following under penalty of perjury:

01. I am currently incarcerated within the California Department of Corrections and Rehabilitation, at the facility of MULE CREEK STATE PRISON, located at 4001 Highway 104, P.O. Box 409000 {M1A-04up} in the city of Ione, California 95640;

02. I am presently employed at the institution described as a Program Office Clerk;

03. I receive a monthly payment for my assigned position in the amount of $26.00 per month;

04. I have instructed the institution to fill out a Certificate to submit with this affidavit and have attached a Certified copy of my current Trust Account Statement from the facility of my incarceration showing at least the last six months transactions.

05. In the past twelve (12) months, I have not received any money from any of the following sources:
   (a) Business, profession or other self-employment;
   (b) Rent payments, royalties interest or dividends;
   (c) Pensions, annuities or life insurance;
   (d) Disability or Workers Compensation;
   (e) Social Security, disability or other welfare;
   (f) Gifts ro inheritances;
   (g) Spousal or Child support;
   (h) Any other sources

06. I have no checking account;

07. I have no Savings / IRA / Money Market / and/or CD's separate from any checking accounts;

08. I do not own an automobile or other motor vehicle;

09. I do notown any real estate, stocks, bonds, securities, other financial instruments, or other valuable property;

10. I have no persons who are dependent on me for support;

11. I have no other debts (current obligations) owed;

    I declare under penalty of perjury that the above information is true and correct and understand that a false statement hereinmay result in the dismissal of my claim.

DATED: June 15th, 2008

Respectfully Submitted,

/S/ Dennis Everett Lacy          F-64225
Petitioner/Defendant IN PRO SE
Mule Creek State Prison
P.O. Box 409000    M1A-04up
Ione, California  95640

//
//
//
//
//
//
//
//

```
01 | Dennis Everett Lacy    F-64225
   | Mule Creek State Prison
02 | 4001 Highway 104
   | P.O. Box 409000    M1A-04up
03 | Ione, California   95640
   |          IN PRO SE
04 |
```

## IN THE DISTRICT COURT OF THE UNITED STATES

## IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

DENNIS EVERETT LACY,

    PLAINTIFF / PETITIONER / MOVANT,

vs

PEOPLE OF THE STATE OF CALIFORNIA,
                  DEFENDANT / RESPONDENT,
JAMES TILTON,
    SECRETARY OF CORRECTIONS,
CALIFORNIA DEPARTMENT OF
    CORRECTIONS & REHABILITATION,
THE ATTORNEY GENERAL OF THE
STATE OF CALIFORNIA,
                      RESPONDENT,

CIVIL NUMBER: _____
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

**PRISON CERTIFICATE**
(INCARCERATED APPLICANTS ONLY)

*ALL PRISONERS MUST ATTACHED A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. §1915(a)(2)*

    I certify that the applicant, DENNIS EVERETT LACY, CDC&R Number F-64225, has the sum of $_____ø_____.00 on account to his credit at the MULE CREEK STATE PRISON located at 4001 Highway 104, P.O. Box 409000 {M1A-04up}, in the city of Ione, California 95640.

    I further certify that the applicant has the following securities $ø to his credit according to the records of the aforementioned institution. I further certify that during the past six (6) months, the applicant's average monthly balance was $__2.86__.00 and the average monthly deposits to the applicant's account was $__2.86__.00.

DATED: __6/11/08__, 2008

_L. Trucco_ Acct. Clerk II
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

__L. Trucco__
OFFICER'S FULL NAME (PRINTED)

__Acct. Clerk II__
OFFICER'S TITLE / RANK

# TRUST ACCOUNT WITHDRAWL AUTHORIZATION
(INCARCERATED APPLICANTS ONLY)

(This form must be completed by the prisoner requesting to proceed *in forma pauperis*. An incomplete "Trust Account Withdrawl Authorization Form", or "Prison Certificate" will result in an automatic denial of the prisoner's request to proceed *in forma pauperis*.)

I, DENNIS EVERETT LACY, request and authorize the agency holding me in custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§801-10, 110 Stat, 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §1914 and §1915(b)(1), the total amount of filing fees for which I am obligated is $5.00 (Habeas Corpus Petition). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

I, the undersigned, say: I am the Petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

DATED: June 15th, 2008

Respectfully Submitted,

/S/ Dennis Everett Lacy   F-64225
Petitioner/Defendant IN PRO SE
Mule Creek State Prison
P.O. Box 409000   M1A-04up
Ione, California   95640

```
REPORT ID: TS3030 .701                                              REPORT DATE: 06/11/08
                                                                    PAGE NO:          1
                             CALIFORNIA DEPARTMENT OF CORRECTIONS
                                   MULE CREEK STATE PRISON
                                 INMATE TRUST ACCOUNTING SYSTEM
                                 INMATE TRUST ACCOUNT STATEMENT

                        FOR THE PERIOD: DEC. 01, 2007 THRU JUN. 11, 2008

ACCOUNT NUMBER   : F64225                       BED/CELL NUMBER: MIA 000000000040
ACCOUNT NAME     : LACY, DENNIS EVERETT         ACCOUNT TYPE:    I
PRIVILEGE GROUP: A

                              TRUST ACCOUNT ACTIVITY

           TRAN
DATE       CODE   DESCRIPTION      COMMENT     CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE

12/01/2007        BEGINNING BALANCE                                                   0.00
ACTIVITY FOR 2008
06/05*VD54 INMATE PAYROLL MAY                              17.14                     17.14
06/09 W512 LEGAL POSTAGE 0525    4505                                   2.70         14.44
06/09 W512 LEGAL POSTAGE 0529    4526                                   5.60          8.84
06/09 W512 LEGAL POSTAGE 0529    4526                                   1.51          7.33
06/09*W516 LEGAL COPY CH 0515    4535                                   2.00          5.33
06/10 FC04 DRAW-FAC 4            L1/1ST4547                             5.00          0.33


                           *  RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 02/28/07              CASE NUMBER: SCN223021
COUNTY CODE: SD                       FINE AMOUNT: $  200.00

DATE      TRANS. DESCRIPTION                       TRANS. AMT.         BALANCE

12/01/2007         BEGINNING BALANCE                                    200.00
06/05/08  VR54    RESTITUTION DEDUCTION-SUPPORT        19.04-           180.96

 *  THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT  *
 *  IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.        *

                             TRUST ACCOUNT SUMMARY

         BEGINNING     TOTAL       TOTAL        CURRENT      HOLDS      TRANSACTIONS
         BALANCE      DEPOSITS   WITHDRAWALS    BALANCE     BALANCE     TO BE POSTED

           0.00        17.14        16.81         0.33        0.00          0.00

                                                      CURRENT
                                                     AVAILABLE
                                                      BALANCE
                                                     ---------
                                                        0.33
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
     TRUST OFFICE