# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
2008 JUL -3 AM 10: 23
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

*This space for Clerk's Office File Stamp*

TO: ☐ U. S. DISTRICT JUDGE / ☑ U. S. MAGISTRATE JUDGE __Major__
FROM: __L. Hammer,__ Deputy Clerk   RECEIVED DATE: __6/27/2008__
CASE NO.: __08cv1083 W (BLM)__   DOCUMENT FILED BY: __Petitioner__
CASE TITLE: __Lacy v. Tilton, et al__
DOCUMENT ENTITLED: __Addendum to Statement of Facts and Arguments...__

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | **Missing time and date on motion and/or supporting documentation** |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☑ | | **Supplemental documents require court order** |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☒ | | OTHER: File as: Addendum to points and authorities in support of petition. |

Date forwarded: __6/30/2008__

## ORDER OF THE JUDGE / MAGISTRATE JUDGE
IT IS HEREBY ORDERED:

☒ The document is to be filed nunc pro tunc to date received.

☐ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: __Barbara Major__

Dated: __7/2/08__   By: __(clerk)__
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Document Discrepancy / Court Order]