```
01  Dennis Everett Lacy    F-64225
    Mule Creek State Prison
02  4001 Highway 104
    P.O. Box 409000    M1A-04up
03  Ione, California   95640
        IN PRO SE
04
```

**NUNC PRO TUNC**

JUN 2 7 2008

FILED

2008 JUL -3  AM 10: 23

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

IN THE DISTRICT COURT OF THE UNITED STATES

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

DENNIS EVERETT LACY,
    DEFENDANT / PETITIONER,

Vs

PEOPLE OF THE STATE OF CALIFORNIA,
    PLAINTIFF / RESPONDENT,
JAMES TILTON,
    SECRETARY OF CORRECTIONS,
CALIFORNIA DEPARTMENT OF
    CORRECTIONS & REHABILITATION,
THE ATTORNEY GENERAL OF THE
    STATE OF CALIFORNIA,
        RESPONDENT,

3:08-cv-01083-W-BLM

CIVIL NUMBER: _____
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

ADDENDUM TO
STATEMENT OF FACTS AND ARGUMENTS and
MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF PETITION FOR WRIT OF
HABEAS CORPUS; REQUEST FOR
APPOINTMENT OF COUNSEL;
REQUEST FOR EXPEDITED HEARING

PETITIONER PROCEEDING

IN PRO SE

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**DENNIS EVERETT LACY,**
   *Defendant / Petitioner IN PRO SE*

Vs.

CASE NUMBER:   3:08-cv-01083-W-BLM

### PROOF OF SERVICE BY MAIL

**PEOPLE OF THE STATE OF CALIFORNIA**
   *Plaintiff / Respondent,*
**JAMES TILTON – Secretary of Corrections,**
**CALIFORNIA DEPARTMENT OF**
   **CORRECTIONS and REHABILITATION,**
**THE ATTORNEY GENERAL OF THE**
   **STATE OF CALIFORNIA,**
   *Respondent,*

I hereby certify that on __JUNE 24__, 2008, I served a copy of the attached document(s):

ADDENDUM TO STATEMENT OF FACTS AND ARGUMENTS and MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS; REQUEST FOR APPOINTMENT OF COUNSEL; REQUEST FOR EXPEDITED HEARING // ATTACHMENTS "A" thru "E"

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at the Mule Creek State Prison, located at Highway 104, P.O. Box 409000 in the city of Ione, California 95640:

1]   [XX]   Office of the Clerk
             United States District Court
             Southern District of California
             880 Front Street  #4290
             San Diego, California  92101-8900

2]   [   ]   Office of the Attorney General
             P.O. Box 944255
             Sacramento, California  94244

I declare under penalty of perjury that the foregoing is true and correct.

*Dennis Everett Lacy*
Dennis Everett Lacy    F-64225
Petitioner IN PRO SE