# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
JUL - 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Dennis Everett Lacy,
    Defendant/Petitioner,

vs

People of the State of California,
    Plaintiff/Respondent,
James Tilton – Secretary of Corrections;
California Department of
  Corrections and Rehabilitation;
The Attorney General of the
  State of California,
    Respondent,

CASE NUMBER: 3:08-cv-01083-W-BLM

**PROOF OF SERVICE BY MAIL**

    I hereby certify that of ___July 2___, 2008, I served a copy of the following documents:

    1) Petition for Writ of Habeas Corpus;
    2) Statement of Facts and Arguments and Memorandum Authorities in Support of Petition for Writ of Habeas Corpus; Request for Appointment of Counsel; Request for Expedited Hearing;
    3) Declaration of Dennis Everett Lacy in Support of Petition for Writ of Habeas Corpus;
    4) Addendum to Statement of Facts and Arguments and Memorandum Authorities in Support of Petition for Writ of Habeas Corpus; Request for Appointment of Counsel; Request for Expedited Hearing;
    5) Exhibits "A" thru "J"

By placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at the Mule Creek State Prison located at 4001 Highway 104, P.O. Box 409000 in the city of Ione, California 95640:

    [XX] State of California – Office of the Attorney General
        110 West "A" street   Suite #1100
        San Diego, California   92101-5266

    I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

/s/ *Dennis Everett Lacy*
Dennis Everett Lacy   F-64225
Petitioner/Defendant IN PRO SE