01  Dennis Everett Lacy    F-64225          **NUNC PRO TUNC**
    Mule Creek State Prison
02  4001 Highway 104
    P.O. Box 409000   M1A-04up             JUL 14 2008            FILED
03  Ione, California   95640
        IN PRO SE                                      08 JUL 22 AM 9: 52

04

                                                 CLERK, U.S. DISTRICT COURT
                                                 SOUTHERN DISTRICT OF CALIFORNIA
05          IN THE UNITED STATES DISTRICT COURT

06      IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA    DEPUTY

07

08  Dennis Everett Lacy,

09                    Plaintiff / Petitioner,      CASE NUMBER:  3:08-cv-00926-W-BLM

10  vs.                                            NOTICE OF LODGMENT IN 28 U.S.C. §2254
                                                   HABEAS CORPUS CASE OF DOCUMENTS AND
11  People of the State of California,             EXHIBITS IN SUPPORT OF PLAINTIFF'S
    Matthew Cates – Secretary of Corrections,      PETITION FOR WRIT OF HABEAS CORPUS
12  California Department of Corrections           UNDER 28 U.S.C. §2254 BY A PERSON IN STATE
       And Rehabilitation,                         CUSTODY
13  Attorney General of the State of California,
                    Defendant / Respondent,

14

15      Plaintiff/Petitioner, DENNIS EVERETT LACY, hereby lodges with this Court the following documents

16  and Exhibits in Support of Plaintiff/Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. §2254 By A

17  Person in State Custody.

18      01. Lodged herewith Plaintiff/Petitioner submits the Statement of Facts and Arguments and
19          Memorandum of Points and Authorities In Support of Petition for Writ of Habeas Corpus; Request
            for Appointment of Counsel; Request for Expedited Hearing;

20      02. Lodged herewith Plaintiff/Petitioner submits the Declaration of DENNIS EVERETT LACY In
            Support of Petition for Writ of Habeas Corpus;
21

22      03. Lodged herewith as Exhibit "A" is a true and correct copy of Wal-Mart Stores, Inc. Loss Prevention
            Apprehension Report (WMO-30) dated 01/04/2007; Submitted by Warren A. Woodberry;

23      04. Lodged herewith as Exhibit "B" is a true and correct copy of Wal-Mart Stores, Inc. Receipt generated
            01/04/2007 @ 22:12:45 hours; Submitted by Warren A. Woodberry;
24

25      05. Lodged herewith as Exhibit "C" is a true and correct copy of Oceanside Police Department –
            Officer's Report Narrative (Case #07000341) dated 01/05/2007; Submitted by Oceanside Police
26          Officer J. Romano;

27      06. Lodged herewith as Exhibit "D" is a true and correct copy of Declaration and Determination
            (Probable Cause for Warrantless Arrest) dated 01/04/2007; Submitted by Oceanside Police Officer J.
28          Romano;

07. Lodged herewith as Exhibit "E" is a true and correct copy of San Diego Regional Arrest / Juvenile Contact Report dated 01/05/2007; Submitted by Oceanside Police Officer J. Romano;

08. Lodged herewith as Exhibit "F" is a true and correct copy of San Diego County Sheriff's Department Booking Intake / Personal Property Inventory (Case #07000341) dated 01/05/2007; Submitted by Oceanside Police Officer J. Romano;

09. Lodged herewith as Exhibit "G" is a true and correct copy of Superior Court of California, County of San Diego, North County Division Felony Complaint dated 01/09/2007;

10. Lodged herewith as Exhibit "H" is a true and correct copy of Superior Court of California, County of San Diego, North County Judicial District Reporter's Transcripts of Preliminary Hearing (Case #SCN223021) dated Tuesday, January 23rd, 2007;

11. Lodged herewith as Exhibit "I" is a true and correct copy of Superior Court of California, County of San Diego, Plea of Guilty / No Contest – Felony Document (Case #SCN223021) dated February 28th, 2007;

12. Lodged herewith as Exhibit "J" is a true and correct copy of Superior Court of California, County of San Diego, Criminal Minutes – Pronouncement of Judgment (Case #SCN223021) dated 02/28/2007; Superior Court of California, County of San Diego, Abstract of Judgment – Prison Commitment – Determinate Single, Concurrent, or Full-Term Consecutive Count Form (Case #SCN223021) filed 03/09/2007;

13. Lodged herewith Plaintiff/Petitioner submits the Addendum to Statement of Facts and Arguments and Memorandum of Points and Authorities In Support of Petition for Writ of Habeas Corpus; Request for Appointment of Counsel; Request for Expedited Hearing;

14. Lodged herewith as Attachment "A" is a true and correct copy of Wal-Mart Stores, Inc. Loss Prevention Apprehension Report (WMO-30) TYPED and dated 01/04/2007; Submitted by Warren A. Woodberry;

15. Lodged herewith as Attachment "B" is a true and correct copy of Proof of Service / Declaration of Diligence from San Diego County Sheriff's Department Civil Office declaring process service of described documents in Civil Case Number #37-2007-00079792-CU-CR-NC, was attempted on Warren A. Woodberry on 12/18/2007 @ 12:51pm. Sheriff's Representative informed Warren A. Woodberry was "no longer an employee" of the Wal-Mart Stores, Inc. facility;

16. Lodged herewith as Attachment "C" is a true and correct copy of Proof of Service / Declaration of Diligence from San Diego County Sheriff's Department Civil Office declaring process service of described documents in Civil Case Number #37-2007-00079792-CU-CR-NC, was attempted on Warren A. Woodberry on 01/09/2008 @ 4:20pm at the 213 Fryman Court address declared in Oceanside, California 92057 {Refer to Exhibit "E"}. Sheriff's Representative informed by Base Legal Services that Warren A. Woodberry was "unknown to have been in base housing."

17. Lodged herewith as Attachment "D" is a true and correct copy of Declaration of Michael Stewart in Support of Special Motion to Strike Plaintiff's Complaint Pursuant to Code of Civil Procedure Section §425.16 [Anti-Slapp Statute] dated February 29th, 2008; Submitted by ROBERT A. ORTIZ, Esq. {Attorney of Record} with regards to Civil Complaint {Case Number #37-2007-00079792-CU-CR-NC // Case Name: LACY vs WOODBERRY/STEWART/WAL-MART STORES, INC.} on behalf of defendant Michael Stewart;

18. Lodged herewith as Attachment "E" is a true and correct copy of United States Marine Corps response dated 05/13/2008 regarding Plaintiff/Petitioner's request for an investigation into Warren A. Woodberry and his claim to have resided at the residence located at 213 Fryman Court. Response

- 02 -

01    states Woodberry "does not reside aboard Camp Pendleton NOR has Woodberry ever occupied those quarters.

02

03    DATED: JULY 10th, 2008

04                                              Respectfully Submitted,

05

06    /S/ Dennis Everett Lacy

07    Dennis Everett Lacy       F-64225
      Plaintiff/Petitioner IN PRO SE

08    Mule Creek State Prison
      4001 Highway 104
      P.O. Box 409000      M1A-04up

09    Ione, California   95640

10    //

11    //

12    //

13    //

14    //

15.   //

16    //

17    //

18    //

19    //

20    //

21    //

22    //

23    //

24    //

25    //

26    //

27    //

28    //

NOTICE OF LODGMENT IN 28 U.S.C. §2254 HABEAS CORPUS CASE OF DOCUMENTS AND EXHIBITS IN SUPPORT OF
PLAINTIFF'S PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. §2254 BY A PERSON IN STATE CUSTODY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

DENNIS EVERETT LACY,
  PLAINTIFF / PETITIONER IN PRO SE,

VS

CASE NUMBER: 3:08-cv-01083-W-BLM

PROOF OF SERVICE BY MAIL

PEOPLE OF THE STATE OF CALIFORNIA;
MATTHEW CATES – SECRETARY OF CORRECTIONS;
CALIFORNIA DEPARTMENT OF CORRECTIONS and REHABILITATION;
  DEFENDANT / RESPONDENT,

I hereby certify that on JULY 10th, 2008, I served a copy of the attached document(s):

Notice of Lodgment in 28 U.S.C. §2254 Habeas Corpus Case of Documents and Exhibits in Support of Plaintiff's Petition for Writ of Habeas Corpus Under 28 U.S.C. §2254 By A Person In State Custody

By placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at the Mule Creek State Prison, 4001 Highway 104, P.O. Box 409000 in the city of Ione, California 95640:

[XXX]  District Court of the United States– Southern District of California
       880 Front Street  Suite #4290     San Diego, California  92101-8900

[XXX   Office of the Attorney General
       110 West "A" Street  Suite #1100   San Diego, California  92101-5266

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of JULY, 2008 at the Mule Creek State Prison, 4001 Highway 104, P.O. Box 409000 in the city of Ione, California 95640.

Respectfully Submitted,

/s/ Dennis Everett Lacy
Dennis Everett Lacy                    F-64225
Plaintiff/Petitioner IN PRO SE