1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GARY W. SCHONS
Senior Assistant Attorney General
4 | KEVIN VIENNA
Supervising Deputy Attorney General
5 | DANIEL ROGERS, State Bar No. 204499
Deputy Attorney General
6 |  110 West A Street, Suite 1100
San Diego, CA 92101
7 | P.O. Box 85266
San Diego, CA 92186-5266
8 | Telephone:  (619) 645-2283
Fax:  (619) 645-2191
9 | Email:  Daniel.Rogers@doj.ca.gov

10 | Attorneys for Respondent

11 | IN THE UNITED STATES DISTRICT COURT

12 | FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13 |

14 | **DENNIS EVERETT LACY,** | 08cv1083-W (BLM)

15 | Petitioner, | **MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**

16 | **v.** |

17 | **MATTHEW CATE, Secretary,** |

18 | Respondent. |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GARY W. SCHONS
Senior Assistant Attorney General
4 | KEVIN VIENNA
Supervising Deputy Attorney General
5 | DANIEL ROGERS, State Bar No. 204499
Deputy Attorney General
6 |  110 West A Street, Suite 1100
San Diego, CA 92101
7 | P.O. Box 85266
San Diego, CA 92186-5266
8 | Telephone:  (619) 645-2283
Fax:  (619) 645-2191
9 | Email:  Daniel.Rogers@doj.ca.gov

10 | Attorneys for Respondent

11 | IN THE UNITED STATES DISTRICT COURT

12 | FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

14 | **DENNIS EVERETT LACY,**                          08cv1083-W (BLM)

15 |                                       Petitioner,   **MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**

16 |        **v.**

17 | **MATTHEW CATE, Secretary,**

18 |                                     Respondent.   The Honorable Barbara L. Major

19

20 |        Daniel Rogers declares:

21 |        I am the Deputy Attorney General assigned to prepare the Answer in this matter which

22 | is due on August 23, 2008.  I request time to file the Answer be extended thirty (30) days through

23 | September 22, 2008, for the following reasons:

24 |        This Court ordered a response to the Petition on June 30, 2008.  Respondent has not

25 | previously requested an enlargement of time in this matter.

26 |        I am currently preparing responses to petitions for writ of habeas corpus in *Stockdale v.*

27 | *Adams*, EDCV 08-0562 RSWL (FMO); *Morales v. Adams*, 08cv705JAH (PCL); *Momon v. Poulos*,

28 | EDCV 08-701 JVS (JC); *Weller v. Adams*, EDCV 08-749-SGL (AGR); *Lacy v. Cate*, 08cv1083-W

1  (BLM), and *Jones v. People*, EDCV 08-0906-AG (RC), as well as a Supplemental Answer in *Ruff*

2  *v. Hall*, EDCV 04-1330-MMM (MAN), and a Reply to Petitioner's Opposition to the Motion to

3  Dismiss in *Eldridge v. Vasquez*, EDCV 08-384-AG (MLG).

4        Since this Court ordered a response to the instant Petition, I have filed an Answer in *Tran*

5  *v. Hernandez*, SACV 08-346-PA (SS) and *Shephard v. Sullivan*, EDCV 08-579 ODW (JC), and a

6  Supplemental Answer in *Nguyen v. Horel*, 07-0752-MMM (JTL).  I have also filed an Opposition

7  to a Supplemental Brief in *Lomack v. Scribner*, 07cv0017-L (WMc).  In the Ninth Circuit, I have

8  filed an Appellee's Brief in *Poland v. Clark*, 07-56702, and an Opposition to a Petition for

9  Rehearing and Rehearing En Banc in *Self v. Rimmer*, 05-55999.  Additionally, I have completed a

10  draft of an Answer in *Momon v. Poulos*, EDCV 08-701 JVS (JC).

11        In addition to the assignments described above, I advise district attorney personnel

12  throughout the state in executing their responsibilities in responding to international child abduction

13  matters under the Hague Convention on the Civil Aspects of International Child Abduction.  42

14  U.S.C. § 11601 et. seq.; Cal. Fam. Code § 3455.  These are time-sensitive matters that arise

15  unpredictably and require immediate attention.  I spend roughly one day per week on average

16  working on child abduction matters.

17        I generally work on cases in the order they are assigned to me.  I am currently preparing

18  my response in *Stockdale v. Adams*, due August 27 after receiving two enlargements of time. When

19  I have completed my response in *Stockdale*, I will begin my responses in *Morales v. Adams* and

20  *Weller v. Adams*, due September 5 and September 22, respectively after receiving two enlargements

21  of time.  When I have completed my responses in those matters, I will begin preparing my response

22  in the instant matter.  I am currently working evenings and weekends to complete the above

23  assignments.

24        Granting of an enlargement of time will permit me to gather the necessary state court

25  records and allow my response to be prepared without impairing its quality and allow adequate time

26  for review and processing.

27

28

08cv1083-W (BLM)

2

1    I declare under penalty of perjury under the laws of the United States of America that the

2  foregoing is true and correct.

3          DATED: August 21, 2008 at San Diego, California.

4

5                          Respectfully submitted,

6                          EDMUND G. BROWN JR.
                           Attorney General of the State of California

7                          DANE R. GILLETTE
                           Chief Assistant Attorney General

8                          GARY W. SCHONS
                           Senior Assistant Attorney General

9

10                         KEVIN VIENNA
                           Supervising Deputy Attorney General

11

12                         s/ DANIEL ROGERS
                           Deputy Attorney General

13                         Attorneys for Respondent

14  DR:kw
    80274437.wpd
15  SD2008801717

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Lacy v. Cate**                                    No.: **08cv1083-W (BLM)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>August 22, 2008</u>, I served the attached **motion for enlargement of time to file answer to petition for writ of habeas corpus and order granting enlargement** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West "A" Street, Suite 1100, San Diego, California 92101, addressed as follows:

**Dennis Lacy**
**#F-64225**
**Post Office Box 409000**
**Ione CA 95640**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 22, 2008, at San Diego, California.

Kimberly Wickenhagen
_____
Declarant

_____
Signature